■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES F. CAHILL, III, Appellant. [855 NYS2d 410]—Motion for reargument and reconsideration denied. Present—Scudder, P.J., Hurlbutt, Lunn, Fahey and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RON D. CRAVEN, Appellant. [855 NYS2d 410]—Motion for reargument and reconsideration denied. Present—Martoche, J.P., Smith, Centra, Green and Gorski, JJ.